UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMI OSMAKAC

    v.                        Case No. 8:18-cv-2359-T-35AEP

UNITED STATES OF AMERICA

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒    IS    related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

*U.S. v Sami Osmakac,* 8:12-cr-45-T-35AEP

☐    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: October 2, 2018

                            Respectfully submitted,

                            MARIA CHAPA LOPEZ
                            United States Attorney

By:   */s/ Sara C. Sweeney*
       SARA C. SWEENEY
       Assistant United States Attorney
       USA No. 119
       400 W. Washington St., Suite 3100
       Orlando, Florida   32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:   sara.sweeney@usdoj.gov

SAMI OSMAKAC v. U.S().		Case No. 8:18-cv-2359-T-35AEP

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Sami Osmakac
Reg. No. 55958-018
MCFP Springfield
Federal Medical Center
P.O. Box 4000
Springfield, MO   65801

/s/ Sara C. Sweeney
SARA C. SWEENEY
Assistant United States Attorney
USA No. 119
400 W. Washington St., Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      sara.sweeney@usdoj.gov